**Felix CHEESBORO, Plaintiff–Appellant,**

v.

**Jeffery BLOOM, Public Defender, Defendant–Appellee,**

and

**NFN Shiver, Richland County Detention Center; NFN Chapman, Richland County Detention Center Officer; Tonian Harris, Richland County Deten-**

tion Center Officer; Richland County Detention Center; Sheriff of Richland County; Richland County, South Carolina; State of South Carolina, Defendants.

No. 01–6551.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 28, 2001.

Decided Nov. 5, 2001.

Felix Cheesboro, pro se.

Before WILKINS, LUTTIG, and WILLIAMS, Circuit Judges.

PER CURIAM.

Felix Cheesboro, a South Carolina inmate, appeals the district court's order dismissing Defendant Jeffery Bloom from his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion accepting

the magistrate judge's recommendation and find that, because the underlying action has been voluntarily dismissed, this appeal is moot.* Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* The parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c)  (2001).